UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA SPECIALTY CROPS, INC.,

Plaintiff,

v.

MINNESOTA WILD HOCKEY CLUB, LP, and NHL ENTERPRISES, LP,

Defendant.

Civil File No. 00-CV-2317

**STIPULATED ORDER**

The parties hereby stipulate that the deadline for plaintiff's disclosure of expert testimony shall be extended from the existing deadline of June 1, 2001 to June 18, 2001; and that defendants' corresponding deadline shall be extended from July 1, 2001 to July 18, 2001. All other trial scheduling deadlines shall remain unchanged.

Dated: June 11, 2001

DORSEY & WHITNEY LLP

By [signature]
Peter M. Lancaster #0159840
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**Attorneys for Plaintiff Minnesota Specialty Crops, Inc.**

22

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 13, 2001

LEONARD, STREET AND DEINARD
Professional Association

By Frederick W. Morris
Frederick W. Morris #75358
Nicole A. Engisch #215284
50 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

**Attorneys for Defendants**

IT IS SO ORDERED.

July 16, 2001

Raymond L. Erickson
Honorable Raymond Erickson
United States Magistrate Judge