UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA SPECIALTY CROPS, INC.,

Plaintiff,

v.

MINNESOTA WILD HOCKEY CLUB, LP, and NHL ENTERPRISES, LP,

Defendant.

Civil File No. 00-CV-2317

**STIPULATED ORDER PERMITTED FILING OF AMENDED COMPLAINT**

The parties hereby stipulate that the enclosed Amended Complaint may be filed by plaintiff Minnesota Specialty Crops, Inc., subject to defendants' retention of the position that they do not mean, through such a procedural stipulation to waive any right or defense implicated by such amendement.

Dated: July 3, 2001

DORSEY & WHITNEY LLP

By [signature]
Peter M. Lancaster #0159840
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**Attorneys for Plaintiff Minnesota Specialty Crops, Inc.**

(23)

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK A.H.

Dated: July 9, 2001

LEONARD, STREET AND DEINARD
Professional Association

By [signature]
Frederick W. Morris #75358
Nicole A. Engisch #215284
50 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

**Attorneys for Defendants**

IT IS SO ORDERED.

[signature]
Honorable Raymond Erickson
United States Magistrate Judge

July 16, 2001