420496

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

**ORIGINAL**

**PETITION FOR ADMISSION *PRO HAC VICE***

**Case Number: 00-CV-2317 JRT/RLE**

**Affidavit of Movant**

I, Frederick W. Morris, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit *pro hac vice* Lorin L. Reisner, an attorney admitted to practice in the State of New York, but not admitted to the bar of this Court, who will be counsel for the Defendant Minnesota Wild Hockey Club, LP and NHL Enterprises, LP. in the case listed below. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Frederick W. Morris by JAE
Signature

Date 7/24/01

Minnesota Attorney License Number: 75358
228527

Law Firm Name & Address: Leonard, Street and Deinard, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402

Telephone: 612-335-1500 Fax: 612-335-1657

**Affidavit of Proposed Admittee**

I, Lorin L. Reisner, am currently a member in good standing of the Courts of the State of New York; United States District Courts for the Southern District of New York and Eastern District of New York; Courts of Appeal for the Second, Fourth, Tenth, and Eleventh Circuits, but not admitted to the bar of this Court. I understand that if this Court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Lorin L. Reisner
Type/Print Name

Lorin L. Reisner
Signature

Date July 23, 2001

New York Attorney License Number: N/A
Law Firm Name & Address: Debevoise & Plimpton, 919 Third Avenue, New York, New York 10022

Telephone: (212) 909-6191 Fax: (212) 909-6836

Case Number: 00-CV-2317 JRT/RLE Judge Assigned: Tunheim/Erickson
Case Title: **Minnesota Specialty Crops, Inc. vs. Minnesota Wild Hockey Club, LP, et al.**

Motion Granted: Richard D. Sletten
For the Court

JUL 25 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
St. Paul, Minnesota 55101

FILED JUL 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2106788v1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500