UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA SPECIALTY CROPS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MINNESOTA WILD HOCKEY CLUB, L.P., and NHL ENTERPRISES, L.P.<br><br>Defendants. | Case No. 00-CV-2317 JRT/RLE<br><br>**ORDER** |

Based upon all the documents and files submitted in this matter,

IT IS HEREBY ORDERED THAT the motion of defendants Minnesota Wild Hockey Club, L.P. and NHL Enterprises, L.P. for leave to file a reply memorandum in support of defendants' motion for summary judgment in excess of six pages but not to exceed ten pages is GRANTED.

**SO ORDERED.**

**BY THE COURT:**

Dated: October 30, 2001

John R. Tunheim, Judge
United States District Court

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________