**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

MINNESOTA SPECIALTY CROPS

Plaintiff,

v.

MINNESOTA WILD HOCKEY CLUB, et al.,

Defendants.

Civil No. 00-2317 (JRT/RLE)

**ORDER OF DISMISSAL**

---

Peter M. Lancaster, DORSEY & WHITNEY, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for plaintiff.

Frederick W. Morris, Leonard Street and Deinard, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for defendants.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Dec. 24, 2002
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

DEC 24 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK