3

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA SPECIALTY CROPS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MINNESOTA WILD HOCKEY CLUB, L.P. and NHL ENTERPRISES, L.P.,<br><br>Defendants. | Case No. 00-CV-2317 (JRT/RLE)<br><br><u>STIPULATION AND FINAL JUDGMENT</u> |

IT IS HEREBY STIPULATED between the parties, by their undersigned counsel, as follows:

1. This action, including all claims and counterclaims asserted herein, shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own fees and costs.

3. This stipulation may be filed without further notice with the Clerk of the Court.

FILED FEB 0 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DORSEY & WHITNEY LLP

By: ______________________
Peter M. Lancaster (#159840)
Heather D. Redmond (#313233)

50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Tel.: (612) 340-2600

Attorneys for Plaintiff
Minnesota Specialty Crops, Inc.

DEBEVOISE & PLIMPTON

By: ______________________
Lorin L. Reisner

919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000

LEONARD, STREET AND DEINARD
Frederick W. Morris (#75358)
Timothy P. Griffin (#285717)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Tel.: (612) 335-1500

Attorneys for Defendants
Minnesota Wild Hockey Club, L.P.
and NHL Enterprises, L.P.

SO ORDERED:

______________________
HONORABLE JOHN R. TUNHEIM
United States District Judge

Dated: February 3, 2003